1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  FELIPE GARCIA,                          Case No. 1:13-cv-00599-LJO-SKO PC

11              Plaintiff,                  ORDER DENYING MOTION TO FILE
                                            AMENDED COMPLAINT AS MOOT AND
12       v.                                 GRANTING MOTION FOR LEAVE TO
                                            FILE SECOND AMENDED COMPLAINT
13  M. BITER, et al.,
                                            (Docs. 8 and 10)
14              Defendants.

15  _____/

16

17          Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this

18  civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013.  On October 11, 2013, Plaintiff

19  filed a motion seeking leave to amend and an amended complaint.  On October 18, 2013, Plaintiff

20  filed a motion seeking leave to file a second amended complaint and a second amended complaint.

21          Plaintiff had the right to amend once as a matter of course and his first motion to amend

22  shall be denied as moot.  Fed. R. Civ. P. 15(a)(1).  Plaintiff's second motion to amend shall be

23  granted and the proposed second amended complaint shall be filed.  Fed. R. Civ. P. 15(a)(2).

24          Accordingly, it is HEREBY ORDERED that:

25          1.      Plaintiff's first motion for leave to amend, filed on October 11, 2013, is DENIED

26  as moot;

27          2.      Plaintiff's second motion for leave to amend, filed on October 18, 2013, is

28  GRANTED; and

1        3.     The Clerk of the Court shall file Plaintiff's second amended complaint lodged on

2  October 18, 2013.

3

4

IT IS SO ORDERED.

5

6     Dated:   **January 10, 2014**           **/s/ Sheila K. Oberto**

7                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28