# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION FOR LACK OF JURISDICTION |
| v. | |
| M. BITER, et al., | (Doc. 18) |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. On April 14, 2014, Plaintiff filed a motion seeking a preliminary injunction directed at remedying his current conditions of confinement at California Correctional Institution in Tehachapi, California. However, this action arises out of the past violation of Plaintiff's rights during his incarceration at Kern Valley State Prison in Delano, California. (Docs. 15, 17, 19.)

Given that Plaintiff's claims in this action are limited to past events at Kern Valley State Prison, the Court lacks jurisdiction in this action to issue any orders pertaining to Plaintiff's current conditions of confinement at California Correctional Institution. 18 U.S.C. § 3626(a)(1)(A); *Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010).

///

///

Accordingly, Plaintiff's motion for a preliminary injunction is HEREBY DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **April 24, 2014**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE