# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR TELEPHONIC HEARING |
| v. | (Doc. 26) |
| M. BITER, et al., | |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. On September 22, 2014, Plaintiff filed a motion seeking a telephonic hearing given that he has not received any orders since July 14, 2014.

Plaintiff's motion is HEREBY DENIED. There are no pending matters necessitating oral argument. Local Rule 230(*l*).

IT IS SO ORDERED.

Dated:  **December 18, 2014**         **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE