1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  FELIPE GARCIA,                            Case No. 1:13-cv-00599-LJO-SKO (PC)

11            Plaintiff,                      ORDER ADDRESSING MOTION FOR
                                             CASE STATUS
12       v.
                                             (Doc. 27)
13  M. BITER, et al.,

14            Defendants.

15  _____/

16       Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this

17  civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013.  On December 15, 2014,

18  Plaintiff filed a motion seeking the status of this case.

19       As long as Plaintiff keeps the Court apprised of his current address, he will be served with

20  any orders issued by the Court.  The Court does not issue status reports, and a review of the docket

21  in conjunction with Plaintiff's motion evidences Plaintiff's receipt the Court's most recent order,

22  filed on July 14, 2014.

23
    IT IS SO ORDERED.
24

25   Dated:   **December 18, 2014**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28