# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER STRIKING DECLARATION |
| v. | (Doc. 49) |
| M. BITER, et al., | |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. On June 26, 2015, Plaintiff filed a declaration "in support of permanent/temporary restraining order." (Doc. 49.) Plaintiff's declaration concerns his conditions at confinement at California State Prison-Corcoran, which are not at issue in this action, and his motion for injunctive relief and petition for writ of mandamus were denied on May 28, 2015. In as much as Plaintiff's declaration was not submitted in support of any currently pending motion and his motion for preliminary injunctive relief was denied, with prejudice, the declaration is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **June 29, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE