# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR CLERK OF COURT TO ISSUE SUBPOENA DUCES TECUM |
| v. | |
| M. BITER, et al., | (Doc. 56) |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. Discovery opened on July 1, 2015, and on September 16, 2015, Plaintiff filed a request to the Clerk of the Court for the issuance of a subpoena duces tecum. Fed. R. Civ. P. 45.

The Clerk's Office will issue Plaintiff a subpoena only upon order of the Court and in this instance, Plaintiff is seeking to subpoena records from Defendants. Plaintiff must seek documents from Defendants via a request for the production of documents, not a subpoena duces tecum.[1] Fed. R. Civ. P. 34.

///

---

[1] Further, Plaintiff is placed on notice that the Court will authorize the Clerk's Office to issue a subpoena duces tecum commanding a third party to produce documents *only if* (1) Plaintiff is unable to obtain the documents directly from Defendants and (2) he thereafter files a motion to compel which results in a determination that he is entitled to the documents but Defendants lack possession, custody, or control over them. *See* Fed. R. Civ. P. 45(d) (parties have a duty to avoid imposing undue burden or expense on person subject to subpoena and courts are required to enforce this duty) (quotation marks omitted); *Ollier v. Sweetwater Union High School Dist.*, 768 F.3d 843, 862 (9th Cir. 2014) (district courts have "wide discretion in controlling discovery.") (internal quotation marks and citation omitted).

1   Accordingly, Plaintiff's request is HEREBY DENIED.

2

3   IT IS SO ORDERED.

4   Dated:   **September 17, 2015**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

2