# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING *PITCHESS* MOTION, WITH PREJUDICE |
| v. | (Doc. 58) |
| M. BITER, et al., | |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. Discovery opened on July 1, 2015, and on September 24, 2015, Plaintiff filed a *Pitchess* motion. Given that the motion fails as a matter of law, the Court elects to address it without awaiting a response from Defendants. Local Rule 230(*l*).

A *Pitchess* motion is a state discovery procedure and is misplaced in this federal civil rights action. *Riverside Cnty. Sheriff's Dep't v. Stiglitz*, 60 Cal.4th 624, 630, 339 P.3d 295, 299 (Cal. 2014) (under California law, a *Pitchess* motion allows the applicant to seek certain law enforcement personnel records upon a showing of good cause) (citation and quotation marks omitted). Plaintiff is required to seek discovery in compliance with the Federal Rules of Civil Procedure, and Rule 34 governs requests for the production of documents. If Defendants serve objections to a properly served request for the production of documents and Plaintiff believes the documents are discoverable, his recourse is to file a motion to compel. Fed. R. Civ. P. 26(b)(1),

37(a). Plaintiff may not file a request for documents from Defendants' personnel files directly with the Court.

Accordingly, Plaintiff's *Pitchess* motion is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   **September 28, 2015**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE