# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING REPLY TO ANSWER |
| v. | (Docs. 52 and 53) |
| M. BITER, et al., | |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. This action for damages is proceeding on Plaintiff's third amended complaint against Defendants Hernandez, Mosqueda, and Baker for retaliation in violation of the First Amendment and for endangering Plaintiff safety in violation of the Eighth Amendment.

On July 20, 2015, Plaintiff filed a reply to Defendants' answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the

///
///
///
///
///
///

1 | Court requiring one.  Fed. R. Civ. P. 7(a)(7).  In this case, the Court did not order a reply to the
2 | answer.  Accordingly, Plaintiff's reply to Defendants' answer is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **October 13, 2015**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE

2