# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:13-cv-00599-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION, WITH PREJUDICE, FOR LACK OF JURISDICTION |
| v. | |
| M. BITER, et al., | (Doc. 64) |
| Defendants. | |

Plaintiff Felipe Garcia, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013. This action for damages is proceeding on Plaintiff's third amended complaint against Defendants Hernandez, Mosqueda, and Baker for retaliation in violation of the First Amendment and for endangering Plaintiff safety in violation of the Eighth Amendment.

On October 26, 2015, Plaintiff filed a motion seeking an order prohibiting prison officials at California State Prison-Corcoran from retaliating against him and interfering with his ability to litigate this case. Plaintiff has sought similar relief on more than one occasion and he has already been informed by the Court that its jurisdiction is limited to adjudicating the alleged past violation of his rights by Defendants Hernandez, Mosqueda, and Baker during his incarceration at Kern Valley State Prison in Delano, California. Federal courts are courts of limited jurisdiction, *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 377, 114 S.Ct. 1673 (1994), and the Court lacks the jurisdiction to issue any orders regarding Plaintiff's current conditions of

confinement, 18 U.S.C. § 3626(a)(1)(A); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61, 112 S.Ct. 2130 (1992); *Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010).

Accordingly, Plaintiff's motion is HEREBY DENIED, with prejudice, for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **October 27, 2015**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE