1
2
3
4
5 # UNITED STATES DISTRICT COURT
6 ### EASTERN DISTRICT OF CALIFORNIA

7
8 FELIPE GARCIA,                                    Case No. 1:13-cv-00599-LJO-SKO (PC)

          Plaintiff,                               ORDER GRANTING DEFENDANTS'
9                                                  MOTION TO STRIKE PLAINTIFF'S
     v.                                            SECOND OPPOSITION/SURREPLY TO
10                                                 MOTION FOR SUMMARY JUDGMENT
    M. BITER, et al.,
11                                                 (Docs. 73, 75)
          Defendants.
12 _____/

13       Plaintiff Felipe Garcia, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this
14
   civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2013.  On October 1, 2015,
15
   Defendants filed a motion for summary judgment.  (Doc. 60.)  Plaintiff filed an opposition on
16
   October 19, 2015, and Defendants filed their reply on November 2, 2015.  (Docs. 63, 72.)
17
         Defendants' motion to for summary judgment was deemed submitted pursuant to Local
18
   Rule 230(*l*) on November 2, 2015.  However, on November 12, 2015, Plaintiff filed another
19
   opposition/surreply.  (Doc. 73.)  Plaintiff does not have a right to file a second opposition/surreply
20
   under the Local Rules or the Federal Rules of Civil Procedure, and Plaintiff did not obtain leave of
21
   court to do so.
22
         Therefore, it is HEREBY ORDERED that Defendants' motion to strike Plaintiff's
23
   surreply, filed on November 17, 2015, is GRANTED and Plaintiff's second opposition/surreply,
24
   filed on November 12, 2015, is STRICKEN from the record.
25
26 IT IS SO ORDERED.

27 Dated:   __May 9, 2016__                    _____/s/ Sheila K. Oberto__
                                               UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28